No. 93–9733. BURTRUM v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 93–9734. LUAN VAN HOANG v. TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 93–9735. WEST v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 93–9736. SANTIAGO v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 93–9737. SEARLES v. UNITED STATES. C. A. D. C. Cir. Certiorari denied.

No. 93–9739. STEWART v. IRBY-WYNTER ET AL. C. A. 2d Cir. Certiorari denied.

No. 93–9740. STRINGER v. MCMILLIN ET AL. C. A. 5th Cir. Certiorari denied.

No. 93–9741. AGEE v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 93–9742. DAVIS v. NEW YORK. App. Div., Sup. Ct. N. Y., 1st Jud. Dept. Certiorari denied.

No. 93–9743. CHAMBERS v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 93–9744. GOSSAGE v. BARBOUR, SUPERINTENDENT, TWIN RIVERS CORRECTIONS CENTER. C. A. 9th Cir. Certiorari denied.

No. 93–9745. KENNEDY v. LITTLE ET AL. C. A. 5th Cir. Certiorari denied.

No. 93–9746. ELLIS v. OKLAHOMA. Ct. Crim. App. Okla. Certiorari denied.

No. 93–9747. ESTRADA v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 93–9750. BASS v. HODGES ET AL. C. A. 4th Cir. Certiorari denied.